UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   JOHN B. NIGHTINGALE                                                 Case No.:   04-06145-8-JRL

REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *GREENPOINT CREDIT*<br>*1100 CIRCLE 75 PKWY SE*<br>*SUITE 1100*<br>*ATLANTA, GA 30339-3176* | $1,932.09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  February 4, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295